ALEXANDER WEILER, Appellant, *v.* DRY DOCK SAVINGS INSTITUTION, Respondent.

Submitted October 4, 1940; decided October 18, 1940.

*Julius Reinlieb* for appellant.

*George W. Harrington* and *Clifford L. Tichenor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.